

# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2021

No. 04-20-00478-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Albert **DAVILA**, Individually; Madeline Davila, Individually; and Albert Davila as Trustee of
the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
Luz Elena D. Chapa, Justice
Lori I. Valenzuela, Justice

The City of San Antonio's unopposed motion for extension of time to file a motion for rehearing and a motion for reconsideration en banc is granted. The deadline to file such motions is extended to September 20, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court